It is ordered that the District Attorney and the Trial Court assign this case for trial and make disposition of it through trial or other means on or before January 31, 1973, or show cause to the contrary in this Court on January 18, 1973, at 11:00 A.M.

270 So.2d 120

**Eileen Reed GRIFFITH**

**v.**

**Joseph Folse ROY, Sr.**

**J. Folse ROY**

**v.**

**Eileen REED, wife of Joseph Folse ROY, Jr.**

**No. 53063.**

Dec. 20, 1972.

Application denied. The showing made does not warrant the exercise of our supervisory jurisdiction.

SUMMERS and TATE, JJ., are of the opinion the writ should be granted.